UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re: George Bruce Sowers, Jr. and           Case No. 11-34179-KRH
       Jacqueline Richards Sowers,                 Chapter 11 Proceeding
               Debtors.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Citizens and Farmers Bank, pursuant to Bankruptcy Rule 9010(b), hereby appears by its counsel in the above-captioned case and requests that notice of all matters and service of all papers, reports, pleadings and other documents therein be duly served on its counsel at the address shown below and that it be included on all limited notice or service lists authorized by the Court in this case.

                                          CITIZENS AND FARMERS BANK

                                          By /s/ Jennifer J. West
                                                     Counsel

Robert H. Chappell III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100
Counsel for Citizens and Farmers Bank

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service was served via U.S. Mail, postage prepaid, or electronic means on this 27th day of June, 2011, to the following, constituting all necessary parties:

George Bruce Sowers, Jr.
3736 Winterfield Road, Suite 200
Midlothian, VA 23113

Jacqueline Richards Sowers
3736 Winterfield Road, Suite 200
Midlothian, VA 23113

Troy Savenko
Kaplan & Frank, PLC
7 East Second Street
Richmond, VA 23224-4253

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

/s/ Jennifer J. West
Counsel